

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,695-01

### EX PARTE MICHAEL JERRIAL IBENYENWA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-3-010215-1149004-B IN THE CRIMINAL DISTRICT COURT NUMBER THREE
### FROM TARRANT COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of continuous sexual abuse of a child under fourteen and sentenced to imprisonment for fifty years.

This application raises six grounds for relief. However, the record before us indicates that the Applicant filed a prior habeas corpus application in the district court concerning this same conviction and the court entered an order designating issues on December 4, 2013. That application is still pending in the district court. We remand this application to the Criminal District Court

Number Three of Tarrant County so that it may be consolidated with the pending application and to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: August 20, 2014
Do not publish